UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14013-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DO NOT DESTROY**

RAYMOND SAUNDERS,

    Defendant.

_____/

**JURY NOTE 1**

What date + where was the boat photo from exhibit #1 taken?

What date + where was the boat photo from exhibit #2 taken?

_____  
Foreperson's Signature

5/10  2:05  
Date/Time

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14013-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DO NOT DESTROY**

RAYMOND SAUNDERS,

    Defendant.
_____/

**JURY NOTE 2**

How far from Nassau to Freeport?

How far from Freeport to St Lucie inlet?

nautical miles?

_____
Foreperson's Signature

5/10  2:05
Date/Time

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

CASE NO. 23-14013-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DO NOT DESTROY**

RAYMOND SAUNDERS,

    Defendant.

_____/

**RESPONSE TO JURY NOTE**

Ladies and Gentlemen of the Jury:

In response to Jury Notes 1 and 2, you are instructed to rely on the evidence presented during the official proceedings in the courtroom.

Thank you.

_____
Judge Aileen M. Cannon

5/10   2:27 p.m.
Date/Time

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14013-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DO NOT DESTROY**

RAYMOND SAUNDERS,

    Defendant.

_____/

**JURY NOTE 3**

Judge Cannon,

Can we use the plea agreement between Carlos Rodriguez and The U.S. ~~the state~~ in deciding how many counts to find Raymond Saunders guilty ~~of~~ or not guilty of?

5/11  11:40

Foreperson's Signature      Date/Time

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14013-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DO NOT DESTROY**

RAYMOND SAUNDERS,

    Defendant.
_____/

**RESPONSE TO JURY NOTE**

Dear Members of the Jury:

In response to your question whether you may use the plea agreement of co-defendant Rodriguez-Rodriguez in deciding how many counts to find Defendant Saunders guilty or not guilty of, the answer is no. You may not use a codefendant's plea agreement as substantive evidence of another defendant's guilt. As instructed, you must never consider punishment in any way to decide whether Defendant is guilty. You must follow the law as instructed — even if you do not agree with the law — and you must follow all of my instructions as a whole.

Thank you.

_____
Judge Aileen M. Cannon

5/11/23  12:10 p.m
Date/Time

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14013-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              **DO NOT DESTROY**

RAYMOND SAUNDERS,

    Defendant.
_____/

Judge Cannon,   **JURY NOTE**

We have reached a verdict for 1-76, 77 and 79

_____                5/10/2023  1:44
Foreperson's Signature                            Date/Time