FILED BY _SCN_ D.C.

MAY 23 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-cr-14013-AMC-1

___USA___,
 **Plaintiff**

v.

___Raymond Sauders___,
 **Defendant.**

## RELEASE OF EXHIBITS

I, __JOHN C. MCMILLAN__, as counsel for the plaintiff/~~defendant~~, __UNITED STATES OF AMERICA__, hereby acknowledge that the __Jury Trial__ hearing/trial has concluded and the exhibit(s) listed below have been returned by the Clerk:

☐ **All non-documentary exhibits.** (Contraband and non-documentary physical exhibits.)

☐ **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings.
Exhibit Nos. _____

☒ **Other:** Gov'ts Exhibits 1 to 46; 47 to 122; 13; 101 and 104, see Certificate of Compliance at DE#66.

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: __John C. McMillan__  Date: __5/23/2023__

Exhibits Released by: __Suzanne Carlson__
 Deputy Clerk