FILED BY____scn____D.C.

**Jun 1, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-cr-14013-AMC-1

USA,
    Plaintiff

v.

Raymond Sauders,
    Defendant.

## RELEASE OF EXHIBITS

I, __Martin L Roth__, as counsel for the plaintiff/defendant, __Raymond Saunders__, hereby acknowledge that the __Jury Trial__ hearing/trial has concluded and the exhibit(s) listed below have been returned by the Clerk:

☐ All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)

☐ Audio and/or video exhibits unavailable for filing at the conclusion of the proceedings.
Exhibit Nos. _____

☒ Other: Defendant's Exh 1

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _[signature]_     Date: 6-1-2023

Exhibits Released by: _Suzanne Carlson_
    Deputy Clerk